

MURIEL GOODE-TRUFANT
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Marina Moraru
*Special Assistant Corporation Counsel*
Office: (212) 356-2456

August 26, 2025

**VIA ECF**
Hon. Colleen McMahon
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *J.P. v. New York City Public Schools*, 25-cv-4185 (CM)(OTW)

Dear Judge McMahon:

    I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on administrative hearings under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), as well as for this action.

    I write to respectfully request a 90-day stay of this action until November 25, 2025. Plaintiff consents to this request, and has agreed to provide the needed billing records (and a privilege log, if redacted for privilege) by August 27, 2025. On June 30, 2025, the Court granted Defendant's first request for an extension. (ECF 11). (Defendant's deadline to respond to the Complaint is currently October 15, 2025). We note that, while this is an IDEA fees-only case and liability appears not at issue, without the relevant billing, Defendant cannot begin its internal settlement review process, which includes review of the underlying administrative record together with the relevant billing records, and thereafter present a reasonable early offer of settlement. We have resolved recent similar IDEA fees-only cases brought by plaintiffs represented by the Roller firm without the need to burden the court with any sort of motion practice or conferences. The parties are hopeful this matter will be resolved as well. I respectfully propose that, if a stay is granted, the parties be required to submit a joint status letter regarding settlement negotiations on or before November 25, 2025.

    I also write to respectfully request a 45-day extension of the briefing scheduled approved by the Court (ECF 12 Memo Endorsement). This is Defendant's first request for an extension of the briefing schedule. Plaintiff consents to this request. The parties jointly propose the following amended briefing schedule:

- Plaintiff's motion for summary judgment will be due by January 22, 2026.
- Defendant's opposition will be due by February 23, 2026.
- Plaintiff's reply will be due by March 16, 2026.

Additionally, the parties submitted a joint letter on June 30, 2025 (ECF 10) requesting that the Court cancel the in-person Initial Pretrial Conference ("IPTC") scheduled for September 11, 2025 at 10:30 a.m. The parties write to confirm that the September 11, 2025 in-person IPTC has been cancelled.

Thank you for considering these requests.

Respectfully submitted,

*/s/ Marina Moraru*
Marina Moraru, Esq.
Special Assistant Corporation Counsel

cc: Irina Roller (via ECF)

Ok. the 90-day stay is granted. The Court accepts the parties' amended briefing schedule.

*[signature]*
8/28/2025

2